Jesús María González Torres, demandante y apelante, *v.* Francisco Carrillo, demandado y apelado.

No. 4107.—*Visto:* Noviembre 29, 1927. *Resuelto:* Febrero 24, 1928.

1. Corporaciones Municipales—Uso y Reglamentación de Sitios, Propiedades y Obras Públicas—Calles y Otros Caminos Públicos—Uso de las Calles—Acciones por Daños Provenientes del Uso Negligente de las Calles Como Caminos—Derechos y Obligaciones Mutuas al Acercarse a o Pasar Cruces.—Cuando uno trata, con su automóvil, de pasar en la misma dirección y por la misma calle porque dobla un camión una esquina a la cual éste ha llegado primero que aquél y al colocarse frente al camión

choca con el parachoques *(bumpers)* delantero de éste, aquél no tiene derecho a ser indemnizado de los daños sufridos.

2. APELACIÓN Y ERROR—REVISIÓN—CUESTIONES DE HECHO, VEREDICTOS Y CONCLUSIONES—APRECIACIÓN DE LAS PRUEBAS.—Cuando los errores señalados se refieren a la apreciación de la prueba y no hay nada en los autos que demuestre que dicha prueba fuera erróneamente apreciada, procede confirmar la sentencia apelada.

SENTENCIA de *R. López Antongiorgi,* J. (Guayama), declarando sin lugar la demanda, sin costas. *Confirmada.*

*José I. Fernández Segarra,* abogado del apelante; *Adolfo Porrata Doria,* abogado del apelado.

EL JUEZ ASOCIADO SEÑOR WOLF, emitió la opinión del tribunal.

[1] Por la prueba presentada, la corte inferior tuvo derecho a creer, y creyó, que el camión del demandado estaba doblando una esquina hacia la derecha, cuando el automóvil del demandante trató de pasar en la misma dirección y por la misma calle por que doblaba el camión. La corte no creyó las manifestaciones de los testigos del demandante de que el camión marchaba a una velocidad excesiva, y que el proceder del conductor del mismo fuera la causa próxima del choque que sobrevino. Uno de los principales argumentos del demandante y apelante es que su automóvil fué chocado por el medio y en la parte trasera, y que, por consiguiente, es claro que fué el camión del demandado el que ocasionó los daños. No obstante, es fácilmente posible que un automóvil se coloque frente a otro. En realidad de verdad, el *chauffeur* del demandado manifestó claramente que el automóvil del demandante chocó con el *"bumper"* delantero del camión. Esa es la idea que tenemos del accidente. El *chauffeur* del demandante trataba de pasar al mismo tiempo, habiendo el camión llegado primero.

[2] El apelante señala la comisión de varios errores, pero todos se refieren a la apreciación de la prueba, la que no hallamos que fuera erróneamente apreciada.

*Debe confirmarse la sentencia apelada.*

El Juez Asociado Señor. Texidor no intervino.